1

2

3

4

5              UNITED STATES DISTRICT COURT

6            NORTHERN DISTRICT OF CALIFORNIA

7

8

9

10  GIL CROSTHWAITE, et al.,

11          Plaintiffs,                    No. C 09-1159 PJH

12      v.                            **ORDER OF REFERENCE**
                                       **TO MAGISTRATE JUDGE**
13  MAC GRADING & PAVING, INC. dba
    MAC GRADING & PAVING, et al.,

14

            Defendants.
15  _____/

16      Pursuant to Local Rule 72-1, this matter is referred to a Magistrate Judge for a

17  report and recommendation on plaintiffs' motion for default judgment.

18      The parties will be advised of the date, time and place of any appearance by notice

19  from the assigned Magistrate Judge.

20

21  **IT IS SO ORDERED.**

22  Dated:  July 9, 2009

23

                                        _____
24                                      PHYLLIS J. HAMILTON
                                        United States District Judge
25

26  cc:  Wings, Assigned M/J

27

28